# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 16CR2460-BEN |
| vs. | |
| JENNIFER LUCERO, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 2/15/2018

Hon. Karen S. Crawford
United States Magistrate Judge

**FILED**

FEB 1 5 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY